# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RANDALL FAWCETT, | Case No.: 1:19-cv-01250-JLT (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | |
| MERCED COUNTY, | |
| Respondent. | |

In the Court's order dismissing petition with leave to file a first amended petition, the Court noted that the Petitioner failed to name the proper respondent. (Doc. 4 at 3.) Petitioner filed a first amended petition on October 11, 2019, in which he names C. Koenig, who is the acting Warden at the Correctional Training Facility in Soledad, California. (Doc. 6 at 1.) Because Warden Koenig is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Craig Koenig.

IT IS SO ORDERED.

Dated: **November 7, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE